ACCEPTED
01-14-01004-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 3:53:51 PM
CHRISTOPHER PRINI
CLERK

**IN THE**

**COURT OF APPEALS**

**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/9/2015 3:53:51 PM

CHRISTOPHER A. PRINE
Clerk

**NO. 01-14-01004-CV**

**IN THE MATTER OF
THE GUARDIANSHIP OF
LONNIE PHILLIPS, JR.**

**Otherwise styled:**

**KEVIN CAMPBELL**

**VS.**

**CATHERINE WILEY**

Appealed from Cause No.PR-0074571
in the Galveston County Probate Court
The Honorable Kimberly Sullivan, Presiding

**MOTION TO WAIVE OR ABATE THE FILING OF THE FEE UNTIL
INDIGENCE HEARING**

Respectfully submitted,

/s/ Veronica L. Davis
226 N. Mattson
West Columbia, Texas 77486
(979) 345-2953
vld57atal@yahoo.com

NO. 01-14-01004-CV

IN THE MATTER OF
THE GUARDIANSHIP OF
LONNIE PHILLIPS, JR.

**Otherwise styled:**

KEVIN CAMPBELL

VS.

CATHERINE WILEY

**MOTION TO WAIVE OR ABATE THE FILING OF THE FEE UNTIL
INDIGENCE HEARING**

TO THE HONORABLE COURT:

COMES NOW, KEVIN CAMPBELL, Appellant, in the above entitled and numbered cause and would show the court as follows:

1.  On or about the November 05, 2014, Appellant filed a Motion for Rehearing after the court's ruling of October 03, 2015. The Motion was timely filed on November 03, 2014, but was rejected by the Galveston County clerk, due to the attachments being filed incorrectly. (See Exhibit A, attached and incorporated by reference, the same as if fully copied and set forth herein.

-1-

2.      After receiving notification, Appellant again submitted the document for refiling on November 05, 2014, with same being set for hearing on November 24, 2014.

3.      Prior to the hearing, the Court denied the Motion on November 19, 2014, without providing notice to Appellant's attorney.

4.      Appellant then filed a Notice of appeal on December 11, 2014.

5.      Appellant subsequently filed an Affidavit of Indigence at the trial court level on December 31, 2014.

6.      A copy of said letter was forwarded to this Court on January 05, 2015.indicating that the ward in this case is indigent.  (See Exhibit B, attached and incorporated by reference, the same as if fully copied and set forth herein.)

7.      Appellee has filed a Contest to the Affidavit of Indigence on or about January 15, 2015.

8.      The Contest is pending.

9.      This trial court case is pending reassignment based upon a Recusal Motion filed by Appellant.

10.     Appellant believes that the Contest is contrary to the Texas Rules of Civil and Appellate Procedure, as she has agreed to represent the Appellant at no cost.  (See Exhibit B, attached and incorporated by reference, the same as if fully copied and set forth herein.)

11.     Consequently, Appellant requests that this court waive the fee or abate the time for payment of said fee.

12.     Actually, Appellant believes that the rule regarding Indigence is very clear and is

not subject to contest.

**WHEREFORE PREMISES CONSIDERED**, Appellant prays that this court:

1)      Find that no fee is due and owing due to the filing of the Affidavit of Indigence;

2)      Or that this court abate the due date for payment pending the outcome of the

contest filed by the attorney ad litem.

Respectfully submitted,

/s/ Veronica L. Davis

Veronica L. Davis
226 N. Mattson
West Columbia, Texas 77486
(979) 345-2953

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion shall be submitted to

Catherine Wylie and Brandon Maggiore through the efiling system on this the 9th day of

February, 2015.

/s/ Veronica L. Davis

-3-